UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                       26-CR-205 (KAM)

ZHUOYING CHEN,
      also known as "Jolene," and
HAOJIE ZHANG,
      also known as "Kevin,"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Trial Attorney Claire M. Galasso from this point

forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter

should be sent to:

        Trial Attorney Claire M. Galasso
        Money Laundering, Narcotics and Forfeiture Section
        Criminal Division
        U.S. Department of Justice
        1400 New York Avenue, NW
        Washington, DC 20005
        Tel:  (202) 514-1263
        Email: Claire.Galasso@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Claire M. Galasso at the email address set forth above.

Dated: Brooklyn, New York
July 16, 2026

Respectfully submitted,

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice

By: /s/ *Claire M. Galasso*
Claire M. Galasso
Trial Attorney

cc: Clerk of the Court (KAM)