## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    James R. Cho                    DATE :    7/16/26

DOCKET NUMBER:    26CR205(KAM)                    LOG#: 3:50 - 4:15

DEFENDANT'S NAME :    **Zhuoying Chen**

    ✓ Present        _____ Not Present        ✓ Custody    _____ Bail

DEFENSE COUNSEL:    **Ken Womble**

    _____ Federal Defender        _____ CJA        _____ Retained

A.U.S.A:    **David Berman**                    CLERK:    **Felix Chin**

INTERPRETER:    Nancy Wu            (Language)    **Mandarin**

Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

_____ DETENTION HEARING Held. ✓ Defendant's first appearance.

    ✓ Bond set at __$ 200,000__. Defendant ✓ released ___ held pending
        satisfaction of bond conditions.
    ✓ Defendant advised of bond conditions set by the Court and signed the bond.
    1 Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
    1 (Additional) surety/ies to co-sign bond by __7/22/26__

_____ After hearing, Court orders detention in custody. _____ Leave to reopen granted

_____ Temporary Order of Detention Issued. Bail Hearing set for _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __7/16/26__ Stop __8/31/26__

✓ Rule 5f warnings given to the govt. _____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __8/31/26__ @ __11:00__ before Judge __Matsumoto__

Other Rulings: _____

_____

_____

_____

_____